# IN THE UNITED STATES DISTRICT COURT
## for the Northern District of New York



| | |
|---|---|
| THE UNITED STATES OF AMERICA | **INDICTMENT** |
| -vs- | Criminal Case No. 5:21-CR-124 (MAD) |
| **BETHANN MARIE WALLACE** | Violations:<br><br>Title 18, United States Code, Sections 115(a)(1)(A) and 875(c)<br><br>(2 Counts) |

### COUNT 1

**(Threatening a United States Official)**

**The Grand Jury Charges That:**

On or about July 10, 2020, in the Northern District of New York, and elsewhere, the defendant, **BETHANN MARIE WALLACE**, did threaten to assault and murder United States Congressman John Katko, a United States official, with intent to impede, intimidate and interfere with Congressman Katko while he was engaged in the performance of his official duties, and with intent to retaliate against Congressman Katko on account of the performance of his official duties.

**All in violation of Title 18, United States Code, Sections 115(a)(1)(B) and 115(b)(4).**

## COUNT 2

(Threats by Interstate Communications)

The Grand Jury Further Charges That:

On or about July 10, 2020, in the Northern District of New York, and elsewhere, the defendant, **BETHANN MARIE WALLACE**, did knowingly, willfully, and unlawfully, and for the purpose of issuing a threat and with knowledge that the communication would be viewed as a threat, transmit a communication in interstate commerce, that is, a telephone call from the State of New York to the District of Columbia, which contained threats to injure the person of another, specifically, Congressman John Katko.

All in violation of Title 18, United States Code, Section 875(c).

DATED: Syracuse, New York, April 8, 2021.

MERRICK B. GARLAND
Attorney General of the United States

JAMES P. KENNEDY, JR.
United States Attorney
Western District of New York

BY: _____
SEAN C. ELDRIDGE
Acting Under Authority Conferred
by 28 U.S.C.§ 515
Assistant United States Attorney
Western District of New York
N.D.N.Y. Bar Roll No. 520961
United States Attorney's Office
100 State Street, Suite 500
Rochester, New York 14614
(585) 399-3953
Sean.Eldridge@usdoj.gov

\*\*NAME REDACTED

A TRUE BILL:

_____
FOREPERSON